## CONFERENCE MEMORANDUM

Case No. **CR. V-05-07**

USA   vs.   **Leonides Humberto Yanez**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL - 5 2005

MICHAEL N. MILBY, CLERK OF COURT

Date / Time: **July 5, 2005** @ **11:20 a.m.**

Reporter : None

Appearance :
Counsel :

Tim Hammer
Joe Garza

Representing:

Gov't.
Def.

### ORDER FOLLOWING CONFERENCE

PTC held. Defendant moved for a continuance. The motion is granted. A separate order will be entered. An evidentiary hearing is set for 2:00 p.m. on July 15, 2005.

Time: **20**

Date: **July 5, 2005**

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE